# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Lisa A. Murphy,

        Plaintiff,                    Civil No. 09-2222 (RHK/AJB)

v.                                   **ORDER OF DISMISSAL**

Regency Midwest Ventures Limited
Partnership,

        Defendant.

---

The Court, having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: January 25, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge