# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa A. Murphy, | Civil No. 09-2222 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Regency Midwest Venture Limited Partnership, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. No. 16), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE** on its merits and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**


Dated: March 1, 2010	s/Richard H. Kyle
	RICHARD H. KYLE
	United States District Judge